UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MONTES,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>KELLY HARRINGTON, Director,<br>Division of Adult<br>Institutions,<br><br>　　　　　Respondent. | Case No. CV 14-0004-DOC (JPR)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On October 5, 2015, Petitioner, through counsel, filed objections to the R&R, requesting that the Court "refer this matter back to the U.S. Magistrate Judge for the purpose of determining, and explaining to the parties, whether in fact there is still any reason to maintain the secrecy of the information that has remained redacted for almost a decade." (Objections at 2.) He states that "the Magistrate Judge acknowledged at the September 11, 2014 hearing . . . that it may be that the passage of time has eliminated the need to maintain

1 | the secrecy that has surrounded the wiretap materials since
2 | 2006." (Id. at 1.)  He states that he will lodge a copy of the
3 | transcript of that hearing with the Court as soon as it is
4 | available (id.), but no such transcript has yet been lodged, and
5 | the docket seems to indicate that payment to prepare it has not
6 | yet been received by the court reporter.  In any event, as the
7 | Magistrate Judge likely indicated, any determination of whether
8 | the need to retain the wiretap materials under seal no longer
9 | exists should be made by the state court, not this one.  The
10 | Court accepts the Magistrate Judge's findings and recommendations
11 | in the R&R.
12 |     IT THEREFORE IS ORDERED that the Petition is DENIED,
13 | Petitioner's request for an evidentiary hearing is DENIED, and
14 | Judgment be entered dismissing this action with prejudice.

DATED: October 23, 2015

*/s/ David O. Carter*
DAVID O. CARTER
U.S. DISTRICT JUDGE