JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MONTES, | Case No. CV 14-0004-DOC (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| KELLY HARRINGTON, Director, Division of Adult Institutions, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 23, 2015

　　　　　　　　　　　　　　　／s／ David O. Carter
　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE